# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KRISTA OGLESBY**                                                                 **PLAINTIFF**

v.                                   No: 4:20-cv-1201-DPM

**DOES**                                                                            **DEFENDANTS**

## JUDGMENT

Oglesby's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 November 2020